## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

ASIA SHABAZZ                                                    PLAINTIFF

v.                          Case No. 4:25-cv-00406-LPR

SOCIAL SECURITY                                                 DEFENDANT

### ORDER

Plaintiff Asia Shabazz initiated this *pro se* lawsuit on April 28, 2025.[1]  On January 13, 2026, the Court issued an Order that (1) explained why Ms. Shabazz's Complaint fails to sufficiently state a claim upon which relief could be granted, and (2) gave Ms. Shabazz forty-five days to file an amended complaint.[2]  The Court warned Ms. Shabazz that failure to file an amended complaint would result in the dismissal of her case.[3]  Ms. Shabazz has not complied with or otherwise responded to the Court's Order, and the time for doing so has expired.[4]

Accordingly, for the reasons stated in the Court's January 13, 2026 Order, Ms. Shabazz's Complaint (Doc. 2) is DISMISSED without prejudice.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 30th day of March 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Compl. (Doc. 2).

[2] Order (Doc. 13).

[3] *Id*. at 3.

[4] A copy of the Order mailed to Ms. Shabazz at her address of record has been returned to the court as "refused" and "unable to forward."  Notice (Doc. 15).